UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Anthony R. Murgio, et al.,

            Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 25 2016
```

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court held a conference in the above matter on October 24, 2016. The following memorializes the Court's orders at that conference.

1. Anthony Murgio will notify the Government if he intends to offer any defense predicated on advice of counsel as to any count in the Indictment no later than January 6, 2017. He will provide any disclosures relevant to such defense to the Government no later than January 11, 2017. The Government's motion to preclude any advice-of-counsel defense on Murgio's part, *see* Dkt. 191, at 10-11, is hereby denied without prejudice.

2. The parties will submit a joint letter to the Court one week after the Court releases an order resolving the issues discussed at the October 24, 2016 conference, setting a date by which 18 U.S.C. § 3500 materials will be disclosed by the Government to defendants.

3. Defendant Trevon Gross's motion to file a sur-reply (Dkt. 245) to the Government's Reply in support if its motions in limine (Dkt. 219), is hereby granted. The sur-reply may be no more than five pages, and is due on or before October 29, 2017. The Government may file a response of no more than five pages, which shall be due on or before November 2, 2017.

SO ORDERED.

1

Dated: October 25, 2016
New York, New York

_____
ALISON J. NATHAN
United States District Judge